

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00104-CR
### No. 10-19-00105-CR

**ERIC TODD JORDAN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 443rd District Court
### Ellis County, Texas
### Trial Court Nos. 43,224 CR and 43,225 CR

## MEMORANDUM OPINION

Eric Todd Jordan appeals from the judgments of conviction rendered against him on February 22, 2019. Because the trial court's certifications of his right of appeal, which Jordan and his counsel signed, indicate that the underlying cases were plea-bargain cases and that Jordan has no right of appeal and also that Jordan has waived his right of appeal, these appeals must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex.

Crim. App. 2006) (plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

Notwithstanding that we are dismissing these appeals, Jordan may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered in each case if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Jordan desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

For the reasons stated, these appeals are dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeals dismissed
Opinion delivered and filed April 3, 2019
Do not publish
[CR25]

